UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                                  Case No. 3:23-cr-21

vs.

BROOKE ASHLIE MARTIN,                         District Judge Michael J. Newman

    Defendant.

**ORDER: (1) REQUIRING THE PARTIES TO MEET AND CONFER UNDER FED. R. CRIM. P. 16.1; (2) REQUIRING THE PARTIES TO FILE A NOTICE IDENTIFYING THE SPEEDY TRIAL ACT DEADLINE; AND (3) REQUIRING THE PARTIES TO FILE A JOINT PROPOSED SCHEDULING ORDER**

        This criminal case is before the Court following Defendant's arraignment on March 20, 2023. Within 14 days of Defendant's arraignment, the parties shall meet and confer "agree on a timetable and procedures for pretrial disclosure under Rule 16." Fed. R. Crim. P. 16.1(a). The parties must file (1) a Notice identifying the Speedy Trial Act deadline; and (2) a Joint Proposed Scheduling Order containing a discovery deadline, a motion filing deadline, and a status report filing deadline. A form Notice and Proposed Scheduling Order is attached hereto.

        **IT IS SO ORDERED.**

March 21, 2023                                                          s/Michael J. Newman
                                                                       Hon. Michael J. Newman
                                                                       United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

_____,

    Defendant.

Case No. 3: _____

District Judge Michael J. Newman

**NOTICE AND PROPOSED SCHEDULING ORDER**

The parties have met and conferred pursuant to Fed. R. Crim. P. 16.1, and report that the present Speedy Trial Act deadline in this case is _____. The parties propose the following scheduling order:

| | |
|---|---|
| Discovery deadline: | |
| Motion filing deadline: | |
| Status report deadline: | |
| Final pretrial conference: | To be set by the Court. |
| Jury trial: | To be set by the Court. |

_____        _____
Counsel for Defendant                              Counsel for the Government