IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No. 3:23-CR-021 |
| vs. | : | HONORABLE MICHAEL J. NEWMAN |
| MARTIN, Brooke Ashlie | : | |
| Defendant | : | |

ORDER MODIFYING CONDITIONS OF RELEASE

For good cause shown, the Court hereby modifies the bond conditions filed in this matter on March 20, 2023, and modifies the conditions of release to include the following:

1. *Avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: Any individual associated with the Thug Riders Motorcycle Club.*
2. *Consent of Other Residents - by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third-party custodian approved by Pretrial Services, and subject to inspection for compliance by Pretrial Services.*

All other bond conditions remain in full force and effect.

Date: 5/2/2023

s/ *Michael J. Newman*
HONORABLE MICHAEL J. NEWMAN
UNITED STATES DISTRICT JUDGE