UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                                     Case No. 3:22-cr-2

vs.

DWIGHT DAVID COMBS,                      District Judge Michael J. Newman

    Defendant.

---

UNITED STATES OF AMERICA,

    Plaintiff,                                                                 Case No. 3:23-cr-21

vs.

BROOKE ASHLIE MARTIN,                 District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) FINDING THAT THERE IS NO CONFLICT OF INTEREST IMPLICATED IN THE ABOVE-CAPTIONED CASES; AND (2) SEALING THE GOVERNMENT'S MOTION FOR RECUSAL (Doc. No. 16 in 3:23-cr-21) AND THE TRANSCRIPT FOR THE MAY 5, 2023 HEARING**

---

       This criminal case is before the Court after it held a hearing on May 5, 2023 on the Government's motion to recuse defense counsel from representing Defendants in the above-captioned cases.  As noted in the hearing, the Court is satisfied that there are no concerns regarding representation, as is the Government.  Nonetheless, both Defendants waived any potential conflict that may be implicated from the representation in this case.  Accordingly, the Court **SEALS** the Government's motion for recusal (Doc. No. 16 in 3:23-cr-21), the responses in opposition (Doc. Nos. 18, 20 in 3:23-cr-21), and the transcript for the hearing.

**IT IS SO ORDERED.**

 May 5, 2023                                                          s/Michael J. Newman  
                                                                    Hon. Michael J. Newman  
                                                                    United States District Judge