UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BROOKE ASHLIE MARTIN,

    Defendant.

Case No. 3:23-cr-21

District Judge Michael J. Newman

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 36); (2) GRANTING THE PARTIES' JOINT MOTION FOR CHANGE OF PLEA (Doc. No. 33); (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 1 OF THE INDICTMENT; AND (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 36), recommending that the Court accept Defendant's guilty plea. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The parties' joint motion to change plea (Doc. No. 33) is **GRANTED**, and the Court **ACCEPTS** Defendant's plea of guilty to Count 1 of the Indictment, which charges her with making a false statement, in violation of Title 18 U.S.C. § 1001(a)(2). The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

     January 10, 2024                              s/Michael J. Newman
                                                                               Hon. Michael J. Newman
                                                                               United States District Judge