UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                            Case No. 3:23-cr-21

vs.

BROOKE ASHLIE MARTIN,               District Judge Michael J. Newman

    Defendant.

### ORDER: (1) GRANTING GOVERNMENT'S ORAL MOTION TO MODIFY DEFENDANT'S CONDITIONS OF SUPERVISION; AND (2) AMENDING DEFENDANT'S JUDGMENT AND CONDITIONS ACCORDINGLY

On June 24, 2025, the Court sentenced Defendant to a three-year term of supervised release with three special conditions of supervision, including the following: "The Defendant shall have no contact directly or indirectly with Alexander Hernandez." Doc. No. 43 at PageID 160.  On September 8, 2025, the Court held a conference on the Government's oral motion to modify Defendant's conditions of supervision.  Doc. No. 45.  For good cause shown and in the absence of objections by the Defendant or the Pretrial Services Officer, the Court **GRANTS** the Government's unopposed motion.  Defendant's conditions of supervision are modified to permit her to comply with the Orders issued by the Montgomery County Juvenile Court, JC NO. G-2022-004990-0L.  Accordingly, the judgment and conditions will be **AMENDED** to state:

> The defendant shall have no contact directly or indirectly with Alexander Hernandez, except as ordered through the Montgomery County Juvenile Court in case JC No. G-2022-004990-0L, or as ordered through any future court orders involving the parenting of defendant and Hernandez's child.

All other conditions of supervision are **UNCHANGED** and remain in full force and effect.

**IT IS SO ORDERED.**

<u>September 11, 2025</u>                                        <u>s/*Michael J. Newman*</u>
                                                                          Hon. Michael J. Newman
                                                                          United States District Judge